FILED _____ _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 1 6 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

          v.          *          CRIMINAL NO. DKC 26-149

GREG MARCH,          *          UNDER SEAL

    Defendant.          *

\* \* \* \* \* \* \*

## SEALED SUPPLEMENT TO PLEA AGREEMENT

This is not a cooperation agreement.

Rev. August 2018