**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450
EMAIL: Katherine_Newberger@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

KATHERINE TANG NEWBERGER
FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

October 27, 2026

Hon. Deborah K. Chasanow
U.S. District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: United States v. Greg March
Criminal Case No. DKC-26-0149 (Northern Division)

Dear Judge Chasanow:

Greg and Dennis March, identical twin brothers, are inseparable. Although 55 years old and married with children, the March brothers have come to primarily rely on each other—in family matters, in coaching youth sports, in business, and in financial predicaments. While their interdependence, forged in response to their father's emotional and physical abuse, has sustained them both, it has also prevented them from seeking help when they've needed it—even relying on each other instead of substance abuse treatment when they became addicted to drugs. The March brothers failed to file tax returns when money was tight. When they had a couple of banner years, rather than pay their taxes, they made poor investments in hopes of putting themselves on a long-term path to financial success. With nothing left to pay toward taxes and their business investments a total loss, they got paralyzed by fear. As Wafae Driwech, PsyD, writes in her report attached to Dennis March's sentencing memo, rather than seek help, they told each other that they would figure something out to pay what they owed. To quell their anxiety, they lived in a constant state of denial—until the Internal Revenue Service executed search warrants at their homes and office.

Because the March brothers' psyche and lives are so intertwined, their attorneys decided to prepare their mitigation in concert. Federal Public Defender Staff Investigator Claire Benack conducted interviews of both brothers, Greg's wife (Karen March), Dennis' wife (Gina March), their mother (Deborah Crist) and their younger sister (Julinda March). Much of the mitigation included in this letter comes from Ms. Benack's interviews and applies equally to both Greg and Dennis. Dennis's attorney, Richard Bardos, hired Dr. Driwech to evaluate Dennis and will attach her report to Dennis' sentencing pleading. It, too, gives insights relevant to Greg. Together, Ms. Benack and Dr. Driwech's work illuminate the March brothers' personal history and characteristics and explain why they made poor investment decisions and ill-advised though kind-hearted loans, thinking one day they would have sufficient financial security to pay what they owed the IRS.

The base offense level for tax evasion and willful failure to file tax returns is 22. *See* U.S.S.G. § 2T1.1(a)(1) and 2T4.1; PSR ¶ 24. Mr. March meets the criteria under Guidelines § 4C1.1 to qualify as a Zero-Point Offender, which results in a 2-level reduction in the offense

level. PSR ¶ 30. "The defendant has clearly demonstrated acceptance of responsibility for the offense," PSR ¶ 31, warranting an additional 2-level reduction under § 3E1.1(a), and the Government will move for an additional level off for his timely decision to plead guilty—saving the Government the need to even obtain an indictment. Accordingly, Mr. March has a total offense level of 17 and faces a guidelines range of 24-30 months incarceration.

The March brothers ask the Court to impose a sentence of probation with 24 months of home detention. "Home detention may be imposed as a condition of probation but only as a substitute for imprisonment." U.S.S.G. § 5B1.3(e)(2). Essentially, we are asking for the low-end of the guideline range as home detention rather than incarceration at a minimum-security facility, euphemistically referred to as a "camp." Home detention is a very serious sanction in lieu of incarceration.

> When an order of home detention is imposed, the defendant is required to be in his place of residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and such other times as may be specifically authorized. Electronic monitoring is an appropriate means of surveillance for home detention. However, alternative means of surveillance may be used if appropriate.

U.S.S.G. § 5F1.2 n.1. Placing the brothers on home detention rather than incarcerating them would enable them to continue to earn money to try to pay their restitution while supporting their families (financially and emotionally). A sentence of 3 years of probation with 24 months of home detention would be a very serious limitation on the brothers' freedom, while recognizing they did not fund a lavish lifestyle by their non-payment of taxes but rather made a series of poor investments and kind-hearted loans to friends, haunted by the financial insecurity and emotional and physical abuse of their childhood. As the attached character letters show, the March brothers are fundamentally good men—devoted husbands, fathers, brothers, sons, friends and youth sports coaches—whose positive contributions should outweigh their bad decisions when the Court decides upon the appropriate sentence.

**A. The March brothers banded together in the face of physical abuse and financial insecurity.**

Gregory March and his twin brother, Dennis March, were born in Baltimore on May 16, 1971, to Edward and Deborah March. Edward and Deborah were a young married couple who both grew up in Catholic families in Baltimore within six blocks of each other. Whereas Deborah attended all private schools, Edward attended public schools. Edward was very intelligent and at one point tested into the McDonough School, a private school in Baltimore County, but he could not attend because his father told him the required tuition money was what his father used to gamble at the race tracks every weekend. Despite this setback, Edward was able to get a job at IBM, where he was working when he met Deborah. They got married as soon as she finished high school, when she was 17 and he was 22. They welcomed their first son, Eddie, in 1967, the twins in 1971, and their daughter Julinda in late 1972.

With four children by the time they were in their mid-twenties, Edward and Deborah had their hands full but managed relatively well for several years. They lived in a small home in Harford County and went into the city regularly for weekend dinners with the grandparents. Deborah largely stayed home with the children and did some limited real estate work on the side. As Edward was passed over for promotions at IBM, his parents encouraged him to move to a job at the Social Security Administration ("SSA"). Deborah recalls this job change being one of his

first steps in a negative direction. Rather than working at a job with cutting edge technology that he enjoyed, he was now in a position that did not provide the same intellectual stimulation and coworkers encouraged him to drink alcohol with them at lunch. Ultimately, his salary at the SSA was not able to keep up with the financial needs of the family, so after several years he switched to a job in construction and developed strong carpentry skills. He stayed in blue collar jobs for the rest of his career, often working multiple jobs to support the family, all while cognizant of how different the family's situation could have been had he remained at IBM.

At home, Deborah had her hands full with four children. The twins and Julinda remember many happy memories, including their dad coaching sports and going on occasional family vacations to Ocean City. They also have more difficult memories from childhood. Deborah and Edward loved their children, but neither of them was openly affectionate nor told the children that they loved them until the children were adults. With four children close in age, the house was often noisy and chaotic. The family remembers Eddie, the oldest, as being a particular troublemaker as a child. Julinda recalls that their parents could never keep a babysitter because Eddie would always scare them off by mooning them or doing similarly rambunctious things. As the twins moved through elementary school, Edward began to take a physical approach to discipline. When Greg and Dennis were in elementary school, their father used to take a bus with friends down to Baltimore on Sundays to go to all the Colts home games and drink with his friends. At one point, the boys got into some sort of low-level trouble while their dad was at the game. Deborah did not punish them at the time but told Edward what the boys did as soon as he got home. Greg remembers that Edward, who was clearly drunk, lined all the boys up, had them pull down their pants, and beat them with a belt while their mother watched. He and Dennis were shocked, and it seemed like their mother was horrified as well, so they hoped it would be the only time it happened.

Unfortunately, Edward's physical abuse of his sons escalated over time. At first, it remained confined to the days he came home drunk after the Colts games. The abuse itself was difficult enough to cope with, but the twins also struggled with complicated feelings towards their mother. Despite knowing what would happen, Deborah continued to tell Edward what the boys had done as soon as he got home from the game. Greg remembers breaking something in the house once during a game and praying that Deborah would just wait until the next day when Edward was sober to report what happened. Instead, she told Edward immediately when he got home, and he beat Greg, which left Greg to deal with both feelings of physical pain from the violence and feelings of betrayal by his mother. Julinda, who Edward only beat once, agreed that the situation was complicated emotionally. Her brothers were rambunctious and often getting into trouble, so some punishment was warranted. She knows that Deborah hated seeing the boys beat but also remembers Deborah turning over the list of their transgressions when Edward walked in the door.

The situation in the March household deteriorated even further when Greg and Dennis were about 10 years old. Their uncle, Jack March, died unexpectedly by falling four or five stories while at work. Edward had been incredibly close to his younger brother and was devastated by his passing. After Jack's death, the March family moved back into the city to be closer to Edward's parents. Edward continued working multiple jobs to support the family but began drinking more heavily. Rather than being intoxicated once a week during football season, Edward began drinking daily. As his drinking increased, his abuse escalated. Deborah remembers him verbally abusing everyone in the family, calling them "stupid," "dumb," or "assholes." Edward physically abused the boys almost daily, linking the violence to minor transgressions like not having their shoes properly tied. Sometimes he would hit them with his open or closed hands, which Greg described being like heavy bricks from all Edward's manual labor. Other times he would hit them with his belt, gradually progressing from using the leather

portion of the belt to hitting them with the buckle. Greg remembers many, many days when Edward would put the boys in a line with Eddie first and then the twins jockeying for who had to be second because the beatings were not quite as bad for the person in the third position. Even though she wasn't being beaten, Julinda would often stand crying, watching her father hurting her brothers. Eddie, who had always been the most outspoken of the brothers, squared off with Edward a couple of times and fought back as he got older. Deborah described Eddie as the twins protector but also their bully: He would also pick on and instigate trouble with his younger brothers.

Without a parent or older sibling advocating for them, the March twins were left to deal with their father's alcoholism and abuse on their own and learned to rely on each other to make it through the trauma of the abuse. The twins were together all the time at home and were each other's best friends and confidants. Julinda remembers her father being irritated and confused by their bond, not understanding why they were not more independent of each other. Occasionally, they were separated, such as when Deborah asked the schools to put them into different classes to try to help them build independence. She also hoped separation might help Greg academically, as he was the stronger student, whereas Dennis presented with classic ADHD symptoms, spending much of his time staring out of the window at school. Despite these efforts, Greg and Dennis remained extremely close with a bond that others in the family knew they could not come close to replicating.

The dynamics in the March house got more complicated as Greg and Dennis reached high school age. Eddie continued getting into trouble in high school and began to dabble with drug usage. Greg remembers Eddie waking the twins up in the middle of the night and demanding one of them smoke marijuana with him. At Overly High School, Eddie punched a teacher in the face. Deborah had concerns about sending Greg and Dennis to the same high school, so she arranged for them to attend Calvert Hall, a Catholic boys high school in Baltimore County. Tuition cost over $3000 a year, straining the family's already tight finances. While the kids always had their basic needs met and were able to play multiple sports, dinner portions were carefully rationed and the twins lived in a room that only had drywall up instead of completed walls. Edward was already working multiple jobs, so Deborah went to work at her brother's dental practice so the family could cover the tuition payments.

The twins' attendance at Calvert Hall created problems for several reasons. Edward seemed increasingly resentful about the cost of tuition, even though the twins did not ask to be sent to a private school. Meanwhile, Greg and Dennis found themselves surrounded by classmates from significantly wealthier families. The wealth discrepancy bothered the twins, and they started wanting the things their classmates had. Deborah recalled that they would not want her to pick them up at the school in the family's "jalopy Cadillac" because appearances were so important to them. Greg and Dennis started picking up part-time work mowing lawns or working at restaurants while in high school to afford nicer clothes and keep up with their classmates. Rather than expressing pride in their work ethic, Edward began calling them "fags" because of their newfound interest in clothing.

The increasingly precarious situation in the March family came to a head when Greg and Dennis were in their junior year of high school. Eddie was out of the house, having married and welcomed a baby shortly after high school. Edward continued to drink heavily, bringing six packs of beer with him to work. All the while, he continued to beat Greg and Dennis on an almost daily basis. One day in late 1987, Edward became abusive towards Greg at a gas station. He initially focused his anger on Greg's belongings, forcing Greg to place all his CDs under the car tires so that he could drive over them. Someone at the gas station saw Edward punch Greg in the nose and then rev the engine and move the car forwards as though he was going to hit Greg

when he sent him back out to get the CD shards. The person must have used the license plate number to help track the family down because later that evening, the police came to the March house to investigate what happened. Even though his nose was broken, Greg tried to cover for his dad and did not push the police to arrest him. Greg still remembers his dad looking shaken and humbled as the police were leaving the house that night.

According to Deborah, that night was a turning point for her. She hated how Edward had treated the twins as they got older and knew she needed to leave Edward yet was daunted by the prospect of separating. That night she began quietly planning for a separation after the holidays. Edward had been working at Deborah's father's construction company, but shortly before Christmas her dad told her that he had to fire Edward because he had been drinking on the job. She told her dad about her separation plans, but she wanted the family to have one last holiday celebration together. Once Edward learned about his firing and the separation plans, he decided on a different path. Instead of celebrating, he walked out of the house on Christmas morning in front of the kids carrying two garbage bags full of his possessions and never came back. While Greg and Dennis were grateful the abuse stopped, it was very difficult to see the man who had loomed so large over their lives in such a sad state. Deboarh recalls that even though he had been the one in the wrong, Edward found a way to frame himself as a victim. Edward became estranged from the family, and Dennis and Greg did not see him again for several years.

With Edward out of the house, finances remained tight, but the twins were no longer subject to physical abuse. Deborah quickly got to work paying off the credit cards, closing joint accounts, and selling the house to a real estate investor to eliminate the loan. She, Julinda, and then twins moved into an apartment in White Marsh while she continued to work at her brother's dental practice. Her father stepped in to help pay for the twins' tuition for their remaining time in high school. Although academics were not their main interest, Greg and Dennis maintained average grades at Calvert Hall and did well in sports until Dennis was injured his sophomore year, which resulted in him having to wear a full leg cast for 16 months due to problems with the way his leg healed. The twins were well liked, and Julinda remembers teenage girls in her social circle being excited to get to date a twin. Despite the turmoil in their childhoods, Greg and Dennis graduated from high school on time.

**B. The financial precariousness of their childhood pushed the twins to enter the workforce rather than pursue college and change jobs and industries multiple times in search of financial security for their growing families.**

After graduating high school, Greg and Dennis moved out of their mother's apartment, eager to begin their adult lives. They first went to Ocean City to work as lifeguards for the summer. When summer ended, they returned to Baltimore County and rented an apartment together. They briefly attended Essex Community College, but without financial assistance from family, they decided they should work rather than go to college. They worked together during the year and then went to Ocean City to lifeguard for the summer for about three years until Dennis's girlfriend became pregnant. Her pregnancy was a significant event not only because it resulted in Dennis becoming a father, but because it was one of the first times the twins' lives took them in different directions. Dennis and his girlfriend married, and they moved into their own apartment. Greg went to Ocean City to lifeguard by himself for the summer, marking the longest period the twins have ever been geographically separated.

After a summer of lifeguarding, Greg moved in with his mother in the Baltimore area for a few months. While Greg had been away, Dennis started working in the mortgage industry. He introduced Greg to the work when Greg returned from Ocean City, and Greg ended up making

$74,000 between September and December of 1992. The money he earned in just a few months was a large income boost and a significant salary for a 21-year-old to be making without going to college. From that point on, Dennis and Greg have always worked together and found ways to share their income evenly. Their work in the mortgage industry at Eastern Financial was grueling. The work was commission based and required long hours to earn the amount of income they hoped for. Greg and Dennis went to the courthouse every morning to look through property rolls and properties carrying the highest interest rates. They would then look through the crisscross directory to identify homeowners, and then cold call them to talk about lowering their interest rates. They often ended up making calls until 9 p.m. They loved the work, and their strong work ethic and personable natures helped them to excel.

Although they were already working together all day, they began to see each other even more frequently when Dennis's marriage ended and they moved in together again. Their bond, which was already quite strong, became even stronger as they effectively spent all their time together. As more time passed, they got back in touch with their father. Edward had moved to the Eastern Shore and remarried, but he continued to drink heavily. At one point, they visited him and were horrified by his living conditions. His wife had just left him, his house was in a state of disarray and there were empty beer cases everywhere. Rather than turning a blind eye, Greg and Dennis invited him to move in with them temporarily so they could help get him back on his feet. He initially said he would think about it but then showed up the next day with his belongings to move into their apartment.

Edward moving in meant that while still in their early twenties, Greg and Dennis were taking on financial responsibility for the father who had physically abused them throughout their childhoods. While the decision was a bit surprising, Deborah knows the twins adored their father, regardless of what had happened. The memories of the abuse were still fresh in their minds, but as they grew older, they were aware that Edward's actions had not occurred in a vacuum—Edward's father also had been an alcoholic who liked to gamble at the racetrack and likely hit Edward when he was growing up. Greg and Dennis paid for their father's living expenses while he stayed with them, hoping he would take the opportunity to find a new job. As weeks became months and his only job prospects seemed to be bartending, the twins decided they needed to take action to get their apartment back. Rather than confront Edward directly about overstaying his welcome, Greg and Dennis created a fake eviction notice and put it on their door. They then helped Edward get an appraiser's license and rented an apartment for him in White Marsh, paying an entire year of rent in advance to make sure he had somewhere to stay. Greg and Dennis remained in touch and supportive of their father when needed for the rest of his life, until he died December 14, 2005.

After getting Edward settled, Greg and Dennis continued spending their days working in the mortgage industry and enjoying their twenties. One day in 1998, they went with colleagues from Infinity Mortgage to the Havana Club. While at the Havana Club, Greg met Karen George, one of the waitresses there. Karen was 27 at the time and remembers immediately feeling comfortable with Greg. They began dating, and six months later, Karen and Greg traveled to Key West and got married. Although Karen and Greg moved into their own apartment, he and Dennis remained incredibly close. They still spent all day together at work and were in near constant communication. Karen quickly learned that the brothers had a level of intimacy that she could not surpass. While Karen was pregnant with their first child in late 1999, she was notified at a prenatal appointment that there was a problem with their insurance. When Greg spoke to leadership at the company, he learned that even though they had been taking $800 out for insurance each pay period, the company had not been paying the insurance company. Greg walked out of the job, panicked that he was facing new fatherhood without an income or health insurance.

Desperate for work, Greg quickly found a new job doing similar work at Community Bank of Northern Virginia in Columbia. He became their top producer and was able to recruit Dennis to join him. While there, a coworker named Gina Sorichillo saw a picture of Karen and told the twins that she had worked with Karen at the Havana Club. Dennis and Gina began dating and ultimately got married. Gina and Karen both joke that it is very lucky they are friends because the families would not work if Greg's wife did not get along with Dennis's wife. The brothers worked at Community Bank of Northern Virginia happily for a couple of years while Greg and Karen welcomed their oldest daughter, Alexandra, and their son, Trevor. Gina and Dennis also welcomed their oldest son, Julien, who was born three days after Trevor. Many aspects of their lives were smooth during this period, though there were some challenges. Greg and Dennis continued to work in an industry that required long hours and a lot of hustle to make money, and Karen remembers spending long days alone with their young children during the week. While Gina and Dennis were thrilled to become parents together, Gina struggled with postpartum depression.

As the twins became successful, it became clear that their beloved older brother Eddie was not on the same trajectory. Eddie had been a wonderful athlete, playing baseball in college and then competitive USSSA softball as an adult. His years of playing came at a cost to his physical health, and he had to have surgery on each of his knees and shoulders. He had dabbled with marijuana and other fad drugs during the 1980s but worked for years after that while living with his wife and son. Unfortunately, following his injuries and surgeries in the early 2000s, Eddie became addicted to drugs. He was working the night shift from 11 p.m.-7 a.m. at Bethlehem Steel and began using cocaine to try to stay awake for his shifts. Cocaine became crack and experimental use quickly became a serious addiction. When Eddie's wife kicked him out, Greg, Dennis, and the rest of the family stepped in to help him. Greg and Dennis paid for multiple stays for Eddie at Father Martin's Ashley Treatment Center in Havre De Grace. Deborah cashed out her 401k to try to help him, despite him stealing jewelry and cash from her. After a seemingly successful stay at a treatment facility, Eddie moved in with Greg, Karen, and their young children. They all loved having him there and it seemed like he was doing well until he insisted on going back to work at Bethlehem Steel. Greg was very nervous about this decision, as he knew it would put him back in the same environment that contributed to his addiction before. Still, Eddie was his beloved older brother, and it was his decision to make.

Eddie did well back at Bethlehem Steel for two weeks before Greg's predictions came true. Eddie relapsed, this time on heroin, and never fully recovered. Shortly after he relapsed, he was arrested for driving a getaway car. By this point, everyone in the family was incredibly scared about his safety and was not sure of the right thing to do. Julinda had cut him off financially after he started stealing from Deborah but knew that her brothers spent a lot more time and money on him. Greg worried that Eddie would overdose if he got out of jail right away. Greg and Dennis did their best to hold strong, despite calls from Eddie every day begging them to post his bond. They were able to stay firm, but Deborah eventually caved and posted Eddie's bond. Greg understood why she did it because he also loved his big brother, but knew it was the wrong thing to do. Unfortunately, Greg's prediction was right again. Eddie relapsed almost immediately and died from an overdose in a bathroom two days after getting out of jail in February 2006. The family was devastated and continues to grieve his death today. While they were in a stage of welcoming new babies into the world, Greg and Dennis also had to bury their brother and pay for his funeral.

Eddie's death was the first in a series of challenging events over the next several years. Later in 2006, a co-worker began to sexually harass Gina at the office. When she filed a complaint and left the company, the company fired Dennis. The company eventually settled

with Gina, but the damage was done and Greg left the company as well. Given the negative experiences at their past few companies, Greg and Dennis decided to go into business for themselves. They also took the opportunity to move to Ocean City, which held some of the happiest memories from their childhood. Greg and Karen bought a home in Ocean Pines that was a financial stretch in May 2006 and still live there today. Dennis and Gina moved into a house nearby. The twins enjoyed working for themselves, but they found that certain aspects were more difficult than expected. They worked long hours and had to spend more money than expected on marketing, but were finding a way to get by, even as signs began to appear that a financial crisis was brewing.

Dennis and Gina faced serious health challenges in 2008 that deeply affected Greg. Gina welcomed her third baby and was again deeply impacted by postpartum depression. When their baby was still a newborn, Dennis began to experience painful headaches. At first, he hoped they would just go away, but he eventually decided to go to a local hospital to get checked out. After imaging at the hospital suggested he had an aneurism, doctors decided to fly him to University Hospital in Baltimore for immediate brain surgery. Gina was terrified and Greg panicked. Julinda remembers talking to Greg on the phone as it was happening and assuring him that she could meet the helicopter at the hospital because she lived in the Baltimore area. This was not reassurance enough for Greg, who instead found a state trooper friend who drove him to Baltimore as quickly as possible, practically getting him there before the helicopter landed. Dennis ended up having a brain arteriovenous malformation (AVM), which was successfully addressed during surgery. Still, the incident was difficult for the entire family. Deborah observed that Greg has always taken a protective role over Dennis, even though he is only one minute older. His protectiveness went into overdrive after the surgery when he continued working to try to earn enough money to support both families while Dennis recovered.

The personal crises of 2008 were further compounded by the 2008 financial crisis. Their new business, which had already been struggling to get off the ground, was decimated and working in the mortgage industry was no longer financially viable. Greg and Dennis were left in a period of extreme financial stress with no jobs and families of three and four children, respectively, to support. They tried to stretch their savings as long as possible, but it quickly ran out and by 2010 both March twins filed for Chapter 7 bankruptcy.

After the financial crisis and bankruptcy filings, Greg and Dennis worked hard to reinvent themselves and provide for their families. Realizing that they were losing so much money to marketing, they shifted their area of practice and learned how to do their own marketing for a new company, Home Marketing LLC, which worked with customers on loss mitigation and helping people to refinance their mortgages. At first, they made calls directly to mortgage companies on behalf of clients to help them refinance their homes. They were licensed in every state, but licensing requirements kept changing as legislatures rethought consumer protection measures. It became so difficult keeping up with licensing requirements that the company stopped being a direct go between with mortgage companies and instead helped customers complete loss mitigation paperwork seeking relief. While they liked the work, they discovered that their business partner was trying to build a separate company without their knowledge, ending the company.

After the dissolution of Home Marketing LLC, Greg and Dennis formed Elite Marketing Group in the hopes of continuing their success with marketing. They first continued to work primarily on mortgage issues but also began working with people hoping to settle debts or experiencing other issues within the financial sector. Shortly after that, they were introduced to and asked to help work to support mass tort litigation. They both really enjoyed the work, in part because it felt as though they were helping people. In locating mass tort clients, they learned

people's stories, connected them with people who might be able to secure resources for them, and got to know clients over time. The work also required the type of hustle and the long hours they had been putting in since 1992. Through it all, the work also kept Greg and Dennis together. Karen remembers that during this time Greg would leave home early in the morning to go to the gym and then spend the entire day in the office with Dennis, returning sometimes after the kids were asleep. He was devoted to his children during the weekend, but during the week he was always focused on work and striving to earn more. Karen observed that Greg always seemed to feel a lot of pressure to be able to provide for his own family and for Dennis's family if necessary. She would encourage him to work less because they had everything they needed, but nothing seemed to assuage the financial pressure he felt. She writes that he "has always been a very hard worker, working 12 hour days, he has given up a lot of his personal time to give our family a good life, one that he did not have. He has been a very good provider for all family members." **Exhibit 1 (Letter of Karen March)**.

Despite their busy work schedules, Greg and Dennis were determined to be the type of parents they wanted as children. Greg's eldest daughter, Alexandra, says her father "has always been present for the important moments, offered guidance when I needed it, and made sure my siblings and I knew we were loved and supported." **Exhibit 2 (Letter of Alexandra March)**. She notes that "[h]e has worked incredibly hard to provide opportunities for us that he did not have growing up, including making the sacrifices necessary to send his children to Catholic School and me to a private high school and then college." *Id.* His youngest, Chloe, similarly writes: "Because he didn't have much growing up, he has always done his best to try and give us and everyone around him the life he never had." **Exhibit 3 (Letter of Chloe March)**. Everyone Ms. Benack spoke to describes Greg and Dennis as great, involved fathers, although Julinda and Deborah worry they spoil their children too much, which may have contributed to the financial pressures they felt. But Alexandra says that "[t]hroughout my life, he has taught me that success is not measured by money or accomplishments, but by the way you treat others, the effort you put into everything you do, and the example you set for others around you." Exhibit 2.

One of the ways in which they stayed involved with their children was through founding Saltwater Lacrosse in 2015. They were passionate about lacrosse as children but realized there were only limited opportunities to play on the Eastern Shore. As their children became interested in playing, they founded a local, volunteer-run lacrosse league with a philanthropic ethos. Ronald Strickler, Jr., explains that Saltwater Lacrosse provided "a low-cost option for families which is not the norm for club level lacrosse. Additionally, both Dennis and Gregory worked hard to ensure players that were unable to afford the fees were covered under scholarships including introducing many disadvantaged socio-economic and minority children to the sport." **Exhibit 4 (Letter of Ronald Strickler, Jr.)**. They devoted a huge amount of time and resources to Saltwater Lacrosse, which at its height had 300 players across seven boys and six girls teams. Even with fundraising and other donations, Greg and Dennis ended up spending their own money to help cover equipment and travel for games and tournaments so area children would not be limited by their family's financial circumstances. According to Karen, they'd even "host dinner several nights a week for any of the kids whenever needed." Exhibit 1. Ryan Kirby, whose daughter Greg coached, writes, Greg "devoted countless hours, days/nights, weekends coaching and mentoring the girls. His style was always positive and encouraging while also hosting many team events at his home. I can't sum up the mount of time, energy and resources he invested in that team and those girls." **Exhibit 5 (Letter of Ryan Kirby).**

Greg and Dennis coached and helped to recruit and train other coaches and develop practice plans. Alexandra says that for Greg, "coaching was never just about teaching a sport or winning games, it was about teaching life lessons." Exhibit 2. Greg coached the girls who graduated from high school in 2026 for 10 years. His co-coach explains that "Coach Greg's

selfless service to these families was instrumental in their growth, and as a result, 10 of them have committed to play at the collegiate level with varied amounts of scholarship funds each. I cannot stress enough the impact and influence Coach Greg had on these athletes. Many of them would likely not be able to attend four year universities had it not been for his guidance and enthusiasm." **Exhibit 6 (Letter of Daniel Kauffan)**. According to one lacrosse mom, Shannon Mills, Greg's legacy continues, as 8 to 10 of this year's high school graduates will also go to college to play lacrosse thanks to his "positive coaching style." **Exhibit 7 (Letter of Shannon Mills)**. Although they have passed the organization along to new leaders now that their children have aged out of the program, Saltwater Lacrosse remains one of their proudest accomplishments.

### C. After years of financial ups and downs, rather than paying taxes, the March brothers made a number of investments they thought would secure their financial future—but instead left them in worse financial straits with no cash available to pay back taxes.

In 2018, the brothers failed to file their 2017 tax returns, and they didn't file for years after. As the loss chart in the statement of facts shows, they had significant income variability. While in 2017, they earned $230,000, the following year, they only earned $149,000. Their income went up to $174,333 in 2019. While they were earning a good income, they were the sole breadwinners with three and four children each and struggled to meet their financial obligations while also generously supporting Saltwater Lacrosse and helping friends and family. Many character letters reference the twins' generosity. To provide for their friends and family, the March brothers put in more than full-time hours working with Elite Marketing Group and Principal Law Group. Their move to marketing for mass tort litigation, like Roundup, Talcum Powder and Camp Lejeune, proved lucrative. As some of the cases settled, they started receiving payouts for recruiting plaintiffs. They had three banner years—2020, 2021 and 2022. But they did not pay their taxes for those years, or what they owed for previous years.

While those three years gave the March brothers plenty to pay their taxes, the financial security and abuse that haunted them since childhood caused them to make a different decision. They had experienced so much employment and industry instability that they didn't think marketing for mass tort litigation would necessarily continue to be so lucrative. The March brothers did not indulge in a lavish lifestyle rather than paying their taxes. Instead, preoccupied by the financial insecurity of their childhood and the business up and downs they'd experienced as adults, constantly having to reinvent themselves, they put their profits into investments that they hoped would put them on a sustained path to financial security. Their mother, who served as their book-keeper explains, "[G]reg is a procrastinator and had taxes prepared but did not file, using funds to reinvest in the future." **Exhibit 8 (Letter of Deborah Crist).** For example, with their partner Brent MacDonald, who had moved to Destin, Florida, in 2016, they invested in real estate in the Florida panhandle, thinking that they would build homes on the parcels that could generate consistent rental income. While the intent was for the twins and Mr. MacDonald to each have an equal interest in the properties through a company, M3 Properties LLC, the land was deeded in MacDonald's name. They paid far too much for those properties, and they have not been able to build homes to rent out. The brothers remain in a dispute with Mr. MacDonald over a substantial amount of money.

Family members, and particularly their mother, expressed concern to Ms. Benack that the twins trust too easily and do not recognize warning signs in other people. Gina believes Greg and Dennis "want to find good in everybody." In their personal life, this led to them offering considerable generosity to people who have not paid them back in full. In one such instance, Karen learned that they had given a "loser friend" who was a known alcoholic facing domestic

violence allegations $270,000 to help him stay a bankruptcy and avoid homelessness. The man still owes them money and alleged that he lost the house anyway, even though it appears he still lives there. They made an even more substantial loan to a friend who has not paid them back in full, owing them around $120,000. Finally, they loaned a third friend a substantial amount of money that he is paying back in small monthly installments at a rate that will take him 17 years to repay the original loan amount—without interest.

In this time frame, Greg and Dennis were both struggling in their personal lives. Karen's older sister was diagnosed with terminal cancer. Devastated, Karen wanted to prioritize spending time with her sister. Rather than spending her days at home in Ocean Pines, she spent them with her sister and her mother. Greg used marijuana recreationally at various points in his life, but during this period of relative disconnect from Karen, he started using opioids. Meanwhile, Dennis was coping with a crisis of his own at home. [redacted]. Dennis was there by his son's side through it all but felt considerable stress and pressure as his son's issues escalated over time. Without coordinating with Greg, Dennis also began using opioids. Because they spend so much time together, they quickly realized that they were both using. While their drug usage could have spiraled out of control given their family's addiction history, instead the twins were able to support each other in quitting cold turkey.

While their interdependence gave them the strength to stop using drugs, it prevented them from finding a way out of their financial problems because they failed to seek help as things got worse and worse. The twins' core business dried up in early 2023 when Principal Law Group was named in a Telephone Consumer Protection Act ("TCPA") lawsuit that was reported on by Law 360. *See Diane Mey v. Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey P.A.; Principal Law Group, LLC, et al.*, 23-CV-46 (N.D.W.Va.). Legal fees began to pile up at the same time that they could no longer recruit plaintiffs for mass tort litigation. Greg and Dennis needed to reinvent themselves after financial crises before, but this time was a particular struggle to find their footing. In their business life, their family believes their trusting nature led to them entering into business ventures with other individuals who should not be trusted. At the very least, it shows their naivete and how they were vulnerable to being taken advantage of. For example, after the TCPA lawsuit, the brothers decided to invest in an eCommerce opportunity through Ecomauthority.com, which promised that their initial six-figure investment would grow into a thriving online store. Ecomauthority.com involuntarily entered bankruptcy, according to their website. *See* https://ecomauthority.com/. They also invested in a crypto currency mining opportunity that appears to have been a scam.

[1] This information has been redacted in the publicly filed letter to protect the privacy of a minor.

Even as their finances became more and more precarious, the brothers remained generous and dedicated to family. Their step-sister, Jo Ann Crist Whitehead, recounts how Greg would drop everything to help his mother and step-father as his step-father's health declined. She writes that "Greg NEVER hesitated and it didn't matter what was needed or where he was, Greg was there. And there, not out of obligation but because he loved my dad." **Exhibit 9 (Letter of Jo Ann Crist Whitehead)**. She explains that her father "could be difficult and had a sharp tongue, but Greg took it in stride. He never snapped back or admonished my father in those moments." *Id.* Greg's philosophical response demonstrates how important it was to him to be able to provide for his loved ones. Ms. Whitehead explains, "I recall Greg's mother telling me something Greg said to her after a challenging encounter. My father was a provider, a coach, a painter, a handy man, and he took care of his family—he was the man of the house. Needing someone to help with every day mundane tasks can be emasculating for someone like my dad and his reactions were a result of that." *Id.* Understanding why his stepfather was resisting help, Greg took the quips and complaints and unwaveringly provided physical, emotional and financial support to his mother and stepfather.



*Greg and Dennis with their step-father before he passed away in October 2023.*

In late 2023, the twins bought a building in Kansas for $1.28 million and the drug rehabilitation practice that was the building's main tenant for $200,000. They believed they were purchasing a turnkey mental health and addiction treatment center in Kansas, which they hoped could be a tribute to Eddie and help other families have a different outcome with their loved ones. But their excitement quickly turned to regret as it became clear that their investment had been for naught. They took out a loan, paid salaries out of pocket and made repairs and renovations to the building, but ultimately they were left with an unaccredited hospital with no staff and significant real estate and legal fees. The building has sustained several floods in the past 18 months, but they don't have the money to fund remediation efforts.

As their losses compounded, and tax liability went unpaid, the twins turned to each other rather than seeking outside help. Dr. Driwech explains that to manage their anxiety, they told themselves it would all be ok—that, as they had done in the past, they would make a financial breakthrough. But every attempt failed miserably, and they defaulted to living in denial to avoid worrying about their situation. It was the same interdependent denial that enabled them to get through the years of abuse with their father—and then support him when they were adults.

When the IRS executed search warrants at their homes and office on January 24, 2024, Greg, who has always tried to protect everyone, especially Dennis, spoke with investigators and then came to their office the next day for another interview. He forthrightly admitted that he knew that he had unpaid tax obligations, but he and Dennis became paralyzed with fear. Ultimately, the brothers entered plea agreements with the Government without waiting for a grand jury to indict them—wanting to spare their families from the situation getting worse. They attend church every Sunday with their wives and mother, and their pastor states, "I admire the

fact that they have chosen to take a hit so as to spare their families undue turmoil." **Exhibit 10 (Letter of Rev. Joseph MPR Cocucci)**.

**D. The purposes of sentencing can be best achieved by 3 years of probation with two years of home detention.**

The March brothers not only pled guilty without the need for the Government to obtain a grand jury indictment, but they've also offered—through counsel—for the Government to pursue their interests in mass tort settlements, which they believe they are owed. The March brothers believe that there are still millions of dollars owed to Principal Law Group for plaintiffs they recruited for mass tort cases. These yet-to-be-collected settlements explain why in the PSR, Mr. March estimated the value of Principal Law Group as being $6,500,000 (although there are several partners sharing an interest in the firm and it has not been a going concern since the TCPA case, which resulted in a default judgment because they could not afford counsel to defend the lawsuit). Similarly, the PSR includes Kane Law Group, in which Mr. March has a 20 percent stake and was formed to recruit municipalities for opioid litigation. Mr. March believes that the attorney partners in Kane Law Group have received payouts from settlements but have not given the March brothers their share; the attorneys of Kane Law Group take a different view. Mr. March, through undersigned counsel, discussed with Government counsel whether the Government could try to recoup the money owed the March brothers to put toward their tax liability. That appears not to be feasible because forfeiture is not statutorily available in tax cases.

If the March brothers remain in the community, they can pursue the monies they are owed—including the sale of the Destin properties—to raise funds to pay their restitution. Moreover, the brothers have begun working for a mortgage company, PSR ¶ 57, as business development representatives. Their compensation is entirely commission based, but the brothers have demonstrated in past positions that they will put in the hours to be strong earners. It was difficult for the brothers to find employment over the past couple of years while this investigation was pending. If the twins are incarcerated, when they get out, they will be back to square one trying to find employment that gives them any hope of earning enough to meaningfully pay down restitution and their tax liability.



*Greg with his wife and children.*

In interviews with Ms. Benack, both Greg and Dennis expressed remorse and embarrassment for how far out of control their tax situation became. They are particularly angry with themselves because of the impact the situation has on their families, including their children. Greg has three children he is very proud of: Alexandra (25), Trevor (21), and Chloe (18). Alexandra graduated from Salisbury College and works as a waitress along with helping to manage local Airbnbs. Trevor lost interest in college after COVID ended his school sporting career and instead pursued his Journeyman's license in plumbing. His youngest daughter, Chloe, recently finished high school and does clerical work and restaurant hosting. All three of his children still live in the Ocean City area, including two at the family home, and he frequently spends time with all of them. While his children no

longer rely on their parents for daily care, Greg is still concerned about their early adulthood being thrown off course by his actions and potential incarceration.


*Dennis with his wife and sons.*

Dennis finds himself, as usual, in a similar situation to his brother, worried particularly about his four children with Gina. His oldest son, Julien, is 22 and wants to become a nurse. He recently moved home from South Carolina to be closer to the family if his dad goes to prison. Hayden, 20, is now thriving [redacted]. He is very interested in computers and the gym and supports himself with day trading. Ashton is a freshman in college playing Division 1 lacrosse at St. Joseph's. Dennis and Gina are particularly worried that the additional stress of his dad's case may prevent Ashton from keeping up with his academic and athletic responsibilities. Dennis's youngest, Adrian, is a junior in high school and still used to his dad being around the house.

Greg and Dennis are also concerned about the impact of their case on their mother, who lives very close to both of them. She is still in good health but has recently had to go back to work part-time because Greg and Dennis can no longer help to financially support her. Greg and Dennis have always been supportive of Deborah, but she particularly came to rely on them when her second husband struggled with mobility and infections after his knee surgery. The twins came over every day to take him to doctors' appointments, help him use the walker, and take care of anything they needed around the house. If she needed help in the middle of the night with her husband, Deborah would call Greg and he would be at the house within a few minutes. Now that her husband has passed, they are still at the house nearly every day to check on her and make sure she is okay. Although she is not in the midst of an urgent health crisis, both Greg and Dennis feel shame about adding to her stress level, especially at this point in her life.

It is clear to everyone in the family that the twins are taking their case very seriously. Karen notes Greg has always been family-focused, but he has become even more tuned into the family and to his faith since the execution of the search warrants. She has also noticed that he seems to be thinking through and processing his childhood trauma more than he has previously. Karen has long known about his difficult childhood, as he would make jokes about it early in their relationship. While he was able to share anecdotes in a funny manner because the behavior seemed so extreme, it was clear to her that this was his way of trying to cope with what he had been through. His trauma symptoms continued to come to the surface throughout the relationship and, thanks to her encouragement, Greg sought therapy in 2019. The therapist, who saw Greg on and off for four years, found that he "presented with significant symptoms consistent with complex post-traumatic stress disorder, rooted in a history of chronic physical and emotional abuse during childhood." **Exhibit 11 (Letter from Jayme Mahoney Therapy Services)**. Since the start of his case, Greg has stopped smoking marijuana daily and began to take anti-depressants after a depression diagnosis from his primary care physician. Karen loves and supports him and is hopeful that he can continue to make positive strides with his mental health.

As much as they worry about the impact of their actions on their family, their loved ones also worry about them, and particularly about the possibility of them being separated through an incarceration. Each family member emphasized the strength and importance of Greg and Dennis's bond. They have rarely been geographically separated since the summer of 1992. Dennis described Greg as his best friend and said, "he's the right hand and I'm the left." Perhaps because they relied on each other so heavily for support during their childhood abuse, Karen noted that they cannot tolerate being mad at each other. They may occasionally have small disagreements or grumble about each other, but they immediately have to resolve the issue. Deborah and Julinda are particularly concerned about Dennis's mental health declining if he is separated from Greg but also don't know how Greg would cope if he was unable to protect Dennis. Even while on pretrial release, they follow the same routine they've followed for decades, leaving their respective homes in the morning to work in the office at their mother's house. They are both ready and willing to accept the consequences of their actions and are hopeful that they can face their punishment together, as they always have, no matter what it may be. Should the Court impose a period of incarceration on the brothers, they and the family ask the Court to recommend that the Bureau of Prisons send them to the same institution. Their sister Julinda writes, "As fragile as their mental health may be today, I fear the separation could be far more detrimental." **Exhibit 12 (Letter of Julinda March)**.

Three years of probation with the first two years on home detention would be very punishing—as it would dramatically restrict the twins' freedom—but it would enable them to continue to work, pursue monies owed to them for restitution purposes, and take care of their mother, spouses and children. The twins are deeply sorry that instead of paying their taxes, they pursued hare-brained schemes thinking they would secure their financial futures. While not excusable, the financial insecurity and physical and emotional abuse of their childhood explains why they would be so obsessed with their long-term financial security that they would talk themselves into not filing taxes and instead investing in business opportunities. They will spend the rest of their adult lives paying off this costly gamble.

Greg's daughter, Alexandra, says it best: her father "is someone who overcame a difficult childhood, worked tirelessly to create a better life for his family, devoted himself to being a loving husband and father, invested his time in coaching and mentoring young people, and has always treated others with kindness and compassion." Exhibit 2. Greg March made a series of terrible decisions not to pay his taxes. But, fundamentally, he is "a wonderful human, husband, father, brother, and friend," Exhibit 1 (Letter of Karen March), who has worked hard his whole life to protect those he loves and will continue to work hard to make up for his poor decisions to pursue risky investments and generosity to friends rather than pay his taxes.

Respectfully,

/s/

Katherine Tang Newberger
First Assistant Federal Public Defender

cc: Ari Evans, Assistant United States Attorney
Ashley Crouch, U.S. Probation Officer
Richard Bardos, Esq.